MWC:2013R00160

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUN 26  P 2: 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. RDB-13-0336 |
| | : | |
| v. | : | (Impersonating an Officer of the United States, 18 U.S.C. § 912) |
| ROBERT D. BALLINGER II, | : | |
| Defendant. | : | |

...oOo...

## INFORMATION
### (Impersonating an Officer of the United States)

The United States Attorney for the District of Maryland charges that:

On or about February 14, 2013, in the State of Maryland, the defendant,

**ROBERT D. BALLINGER II,**

falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any department, agency and officer thereof, and acted as such, and in such pretended character demanded and obtained any thing of value, to wit: **BALLINGER** pretended to be a United States Secret Service special agent in order to withdraw United States currency from a First Mariner Bank account that did not belong to him and for which he lacked permission or authority.

18 U.S.C. § 912

_____
Rod J. Rosenstein
United States Attorney